UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| JAMES S. CARTER,<br><br>　　　　　　Plaintiff,<br>　-vs-<br><br>USAA CASUALTY INSURANCE COMPANY, and DOES A-D, Inclusive,<br>　　　　　　Defendants. | CAUSE NO. CV-22-77-GF-BMM<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

　　　Upon Stipulation by the Plaintiff and Defendant, acting through their counsel of record, and good cause appearing:

　　　IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this action be dismissed with prejudice and that each of the parties shall bear their own costs and attorney's fees.

　　　DATED this 27th day of November, 2023.

_____
Brian Morris, Chief District Judge
United States District Court